Sid Leach (Bar No. TX 12086400 & AZ 019519)
sleach@swlaw.com
David E. Rogers (AZ 19274 *pro hac vice*)
drogers@swlaw.com
David G. Barker (AZ 024657 *pro hac vice*)
dbarker@swlaw.com
Jacob C. Jones (AZ 029971 *pro hac vice*)
jcjones@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone:    602.382.6000
Facsimile:    602.382.6070

*Attorneys for Defendant*
*VENTURE CORPORATION AND*
*CEBELIAN HOLDING PTE, LTD.*

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*FITEQ, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FITEQ, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>VENTURE CORPORATION AND CEBELIAN HOLDING PTE, LTD.,<br><br>    Defendant. | Case No. 13-cv-01946-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFF FITEQ, INC.'S MOTION FOR PRELIMINARY INJUNCTION** |

    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff FiTeq, Inc. ("FiTeq" or "Plaintiff") and Defendants Venture Corporation ("Venture" or "Defendant") and Cebelian Holding Pte, Ltd. ("Cebelian" or Defendant") hereby stipulate through their respective counsel of record as follows:

    WHEREAS, on September 13, 2013, Plaintiff filed its Notice of Motion and Motion for Preliminary Injunction (hereafter, "Motion") requesting an Order to be entered requiring Defendant Venture to produce certain documentation;

    WHEREAS, Ventures' Opposition to the Motion is currently due on or before September

Stipulation and [Proposed]
Order Regarding Extension
of Time to Respond

Case No. 13-CV-01946-EJD

1    27, 2013;

2    WHEREAS, Venture has requested an extension of time as set forth below, the Parties stipulate and agree that Venture's Opposition to FiTeq's Motion is due one week later than its presently scheduled due date of September 27, 2013, i.e., by October 4, 2013, and FiTeq's Reply Brief is due by October 11, 2013; and

6    WHEREAS FiTeq's agreement to the extension is conditioned upon there being no extension of the date of hearing, so that the Parties stipulate that this change in the briefing schedule shall not change the hearing date of October 18, 2013 at 9:00 a.m.;

9    WHEREAS, no trial date has yet been set in this action;

10    WHEREAS, the Parties have not requested nor received any previous extensions of time related to the Motion;

12    WHEREAS, this extension will not affect or change the other dates currently scheduled by the Court; and

14    NOW THEREFORE the Parties through their undersigned counsel hereby stipulate and request that the Court grant, pursuant to Civil Local Rule 6-2, that Venture's time to oppose the Motion is extended to October 4, 2013 and that FiTeq's time to file its reply brief is extended to October 11, 2013, while the hearing date shall remain unchanged, on October 18, 2013.

18    IT IS SO STIPULATED.

1  Dated: September 17, 2013                    SNELL & WILMER L.L.P.

2

3                                                 By: */s/ David E. Rogers*
                                                      Sid Leach
                                                      David E. Rogers
4                                                     David G. Barker
                                                      Jacob C. Jones
5
                                                 *Attorneys for Defendant*
6                                                *Venture Corporation and Cebelian Holding*
                                                 *Pte, LTD.*
7

8                                                HOSIE RICE LLP

9

10                                                By: */s/ Spencer Hosie*
                                                      Spencer Hosie
                                                      *Attorneys for FiTeq, Inc.*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Stipulation and [Proposed]
    Order Regarding Extension          - 3 -                    Case No. 13-CV-01946-EJD
    of Time to Respond

**ATTESTATION**

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated:  September 17, 2013

                     */s/ David E. Rogers*
                     David E. Rogers

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION IT IS ORDERED THAT** (1) Defendants' time to oppose FiTeq's Motion for Preliminary Injunction is extended to October 4, 2013, such that Defendant will be deemed to have timely filed and served its opposition if filed and served by October 4, 2013, (2) FiTeq's time to file its reply brief is extended to October 11, 2013, such that FiTeq will have deemed to have timely filed and served its reply brief if filed and served by October 11, 2013, and (3) the hearing date for the Motion shall remain on October 18, 2013 at 9:00 a.m.

Dated: September 18, 2013

_____
Honorable Edward J. Davila
U.S. District Court Judge