United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

QUY DONG,

        Plaintiff(s),

v.

VARIOUS, INC., et. al.,

        Defendant(s).

CASE NO. 5:13-cv-02992 EJD

**ORDER STAYING CASE**

Having reviewed the Suggestion of Bankruptcy (see Docket Item No. 16), the court has determined that this action is subject to the mandatory stay provisions contained in 11 U.S.C. § 362. Accordingly, this action is STAYED in favor of Defendants' bankruptcy proceedings as to all claims asserted against Defendants until further order of the court. The clerk shall ADMINISTRATIVELY CLOSE this file.

The court schedules this action for a Status Conference on **December 13, 2013, at 10:00 a.m.** On or before **December 6, 2013**, the parties shall file a Joint Status Conference Statement, or separate which provides, *inter alia*, an update as to Defendants' bankruptcy proceeding and any adversarial proceeding between the parties.

**IT IS SO ORDERED.**

Dated: September 18, 2013

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:13-cv-02992 EJD
ORDER STAYING CASE