IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

QUY DONG,

           Plaintiff(s),

  v.

VARIOUS, INC., et. al.,

           Defendant(s).

CASE NO. 5:13-cv-02992 EJD

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Having reviewed the parties' Joint Case Management Statement (see Docket Item No. 19), the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for December 13, 2013, is CONTINUED to **February 7, 2014, at 10:00 a.m.** The parties shall file a Joint Case Management Statement on or before **January 31, 2014.**

**IT IS SO ORDERED.**

Dated:  December 10, 2013

                                      EDWARD J. DAVILA
                                      United States District Judge