IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QUY DONG, | CASE NO. 5:13-cv-02992 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| VARIOUS, INC., et. al., | |
| Defendant(s). | |

Having reviewed the parties' Joint Case Management Statement (see Docket Item No. 19), the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for December 13, 2013, is CONTINUED to **February 7, 2014, at 10:00 a.m.** The parties shall file a Joint Case Management Statement on or before **January 31, 2014.**

**IT IS SO ORDERED.**

Dated: December 10, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-cv-02992 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE