AARON P. MINNIS (SBN 202935)
SONYA L. SMALLETS (SBN 226190)
SEAN D. MCHENRY (SBN 284175)
Minnis & Smallets LLP
369 Pine Street, Suite 500
San Francisco, California 94104
T: (415) 551-0885
F: (415) 683-7157
sonya@minnisandsmallets.com

Attorney for Plaintiff
QUY DONG

SEYFARTH SHAW LLP
Catherine M. Dacre (SBN 141988)
cdacre@seyfarth.com
Andrew M. McNaught (SBN 209093)
amcnaught@seyfarth.com
Emily E. Barker (SBN 275166)
ebarker@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile:  (415) 397-8549

Attorneys for Defendant
VARIOUS, INC. and
FRIENDFINDER NETWORKS INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| QUY DONG, | Case No.: 5:13-cv-02992-BLF |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | |
| VARIOUS, INC.; FRIENDFINDER NETWORKS, INC.; & DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendants. | Judge: Hon. Beth Labson Freeman
Courtroom: 3 – 5th Floor

Complaint filed: May 28, 2013 |

-1-

The parties hereby stipulate to the continuation of the Case Management Conference scheduled for May 14, 2014, as Plaintiff's counsel is unavailable due to a previously scheduled mediation in another matter. Counsel are available for a Case Management Conference on May 29, 2014.

DATED: May 2, 2014                    MINNIS & SMALLETS LLP


By:  /s/ Sonya L. Smallets
SONYA L. SMALLETS, Esq.

Attorney for Plaintiff
QUY DONG


DATED: May 2, 2014                    SEYFARTH SHAW LLP


By:  /s/ Emily E. Barker
EMILY E. BARKER, Esq.

Attorney for Defendants
VARIOUS, INC. and
FRIENDFINDER NETWORKS INC.


IT IS ORDERED that the Case Management Conference in this matter is continued to   May 29, 2014 at 1:30 P.M.   .

DATED:                                By:  /s/ Beth Labson Freeman
BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

-2-

STIPULATION AND [~~PROPOSED~~] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 5:13-cv-02992-BLF