AARON P. MINNIS (SBN 202935)
SONYA L. SMALLETS (SBN 226190)
SEAN D. MCHENRY (SBN 284175)
Minnis & Smallets LLP
369 Pine Street, Suite 500
San Francisco, California 94104
T: (415) 551-0885
F: (415) 683-7157
sonya@minnisandsmallets.com

Attorney for Plaintiff
QUY DONG

SEYFARTH SHAW LLP
Catherine M. Dacre (SBN 141988)
cdacre@seyfarth.com
Andrew M. McNaught (SBN 209093)
amcnaught@seyfarth.com
Emily E. Barker (SBN 275166)
ebarker@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant
VARIOUS, INC. and
FRIENDFINDER NETWORKS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| QUY DONG, | Case No.: 5:13-cv-02992-BLF |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | |
| VARIOUS, INC.; FRIENDFINDER NETWORKS, INC.; & DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendants. | Judge: Hon. Beth Labson Freeman
Courtroom: 3 – 5th Floor

Complaint filed: May 28, 2013 |

-1-

1  The parties hereby stipulate to the continuation of the Case
2  Management Conference scheduled for May 29, 2014, as this matter has
3  been resolved and the parties are in the process of finalizing the paperwork
4  so that a dismissal may be filed. Counsel request that the Case Management
5  Conference be continued to June 26, 2014.

DATED: May 29, 2014                    MINNIS & SMALLETS LLP

                                       By: /s/ Sonya L. Smallets
                                           SONYA L. SMALLETS, Esq.

                                       Attorney for Plaintiff
                                       QUY DONG

DATED: May 29, 2014                    SEYFARTH SHAW LLP

                                       By: /s/ Emily E. Barker
                                           ANDREW M. McNAUGHT, Esq.
                                           EMILY E. BARKER, Esq.

                                       Attorney for Defendants
                                       VARIOUS, INC. and
                                       FRIENDFINDER NETWORKS
                                       INC.

   IT IS ORDERED that the Case Management Conference in this matter
is continued to ___June 26, 2014 at 1:30 p.m.___.

DATED: May 29, 2014            By: /s/ Beth Labson Freeman
                                   BETH LABSON FREEMAN
                                   UNITED STATES DISTRICT JUDGE

-2-