| | |
|---|---|
| 1 | AARON P. MINNIS (SBN 202935) |
| | SONYA L. SMALLETS (SBN 226190) |
| 2 | SEAN D. MCHENRY (SBN 284175) |
| | Minnis & Smallets LLP |
| 3 | 369 Pine Street, Suite 500 |
| | San Francisco, California 94104 |
| 4 | T: (415) 551-0885 |
| | F: (415) 683-7157 |
| 5 | sonya@minnisandsmallets.com |

Attorney for Plaintiff
QUY DONG

SEYFARTH SHAW LLP
Catherine M. Dacre (SBN 141988)
cdacre@seyfarth.com
Andrew M. McNaught (SBN 209093)
amcnaught@seyfarth.com
Emily E. Barker (SBN 275166)
ebarker@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile:  (415) 397-8549

Attorneys for Defendant
VARIOUS, INC. and
FRIENDFINDER NETWORKS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QUY DONG, | ) Case No.: 5:13-cv-02992-BLF |
| Plaintiff, | ) STIPULATION OF DISMISSAL |
| vs. | ) |
| VARIOUS, INC.; FRIENDFINDER NETWORKS, INC.; & DOES 1 THROUGH 10, INCLUSIVE, | ) |
| Defendants. | ) Judge: Hon. Beth Labson Freeman |
| | ) Courtroom: 3 – 5th Floor |
| | ) Complaint filed: May 28, 2013 |

STIPULATION OF DISMISSAL
Case No. 5:13-cv-02992-BLF

1  IT IS HEREBY STIPULATED by and between the parties to this action
2  through their designated counsel that the above-captioned action be and
3  hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: June 18, 2014                    MINNIS & SMALLETS LLP

                                        By: ____/s/ Sonya L. Smallets_____
                                            SONYA L. SMALLETS, Esq.

                                            Attorney for Plaintiff
                                            QUY DONG

DATED: June 18, 2014                    SEYFARTH SHAW LLP

                                        By: ___/s/ Andrew M. McNaught_____
                                            ANDREW M. McNAUGHT, Esq.
                                            EMILY E. BARKER, Esq.

                                            Attorney for Defendants
                                            VARIOUS, INC. and
                                            FRIENDFINDER NETWORKS INC.